IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGIRTHA BROWN et al., | § § § |
| Plaintiffs, | § § |
| v. | § §  Civil Action No.: 07 2270 RCL |
| MERCK & CO., INC., | § § |
| Defendant. | § § § |

## DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL 1657

Defendant Merck & Co., Inc. ("Merck"), by and through their counsel, hereby requests the Court to enter an order staying all proceedings in this matter until such time as the Judicial Panel on Multidistrict Litigation (the "Panel") issues a Transfer Order transferring this action pursuant to 28 U.S.C. § 1407 to the Eastern District of Louisiana for coordinated proceedings in MDL 1657.

In support of this request, Defendant shows the Court the following:

1.  This action is one for personal injury allegedly arising out of Plaintiffs' use of Vioxx, a prescription medicine manufactured and distributed by Merck.

2.  On February 16, 2005, the Panel granted petitions for the coordination and transfer of 148 separate Vioxx-related personal injury and wrongful death cases then pending in the federal courts pursuant to 28 U.S.C. § 1407.  *See In re Vioxx Product Liability Litigation*, MDL 1657 (J.P.M.L., February 16, 2005).  The Panel designated the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana to preside over all cases transferred to MDL 1657.  *Id.*  Since then, hundreds of other Vioxx-related personal injury cases

brought in or removed to the federal courts have been transferred to the Eastern District of Louisiana as part of MDL 1657.

  3. Merck anticipates that this case will be transferred by the Panel to the Eastern District of Louisiana where it will become part of the coordinated proceedings in MDL 1657. Merck will notify the Panel of this matter as a tag-along matter.

  4. Inasmuch as this case will likely become subject to proceedings in the Eastern District of Louisiana, Merck submits that entry of an order staying all proceedings in this matter pending its transfer to MDL 1657 will promote judicial economy and the parties' resources and is in the interests of justice.

  5. Plaintiffs do not oppose this motion.

WHEREFORE, Defendant respectfully requests the Court to stay all proceedings herein pending the transfer of this action to the United States District Court for the Eastern District of Louisiana and its inclusion in MDL 1657, as per the form of the accompanying Proposed Order.

           Respectfully submitted,

           WILLIAMS & CONNOLLY LLP


           By: /s/ Katherine Leong
             Douglas R. Marvin
             (D.C. Bar No. 933671)
             Paul K. Dueffert
             (D.C. Bar No. 435452)
             Katherine Leong
             (D.C. Bar No. 492457)

           725 12th Street, N.W.
           Washington, D.C. 20005
           (202) 434-5000

           *Attorneys for Defendant Merck & Co., Inc.*

                BRANCH LAW FIRM


                By: __/s/ Turner W. Branch_____
                       Turner W. Branch
                       (D.C. Bar No. 417738)

                1424 K Street, NW
                6th Floor
                Washington, DC  20005
                (800) 828-4529

                *Attorneys for Plaintiffs*


Dated:  January 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGIRTHA BROWN et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | §§§§§§§§§§§　Civil Action No.: 07 2270 RCL |

**[PROPOSED ORDER] APPROVING DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL 1657**

　　　　Having considered the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 and finding that there is good cause to grant the requested relief, it is, this _____ day of _____, 2008, by the United States District Court for the District Columbia ORDERED that:

　　　　the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 is GRANTED; and it is further ORDERED that

　　　　this action is hereby STAYED in its entirety pending the transfer of this action to the Eastern District of Louisiana.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Douglas R. Marvin, Esq.
Paul K. Dueffert, Esq.
Katherine Leong, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Turner W. Branch, Esq.
BRANCH LAW FIRM
1424 K Street, NW
6th Floor
Washington, DC  20005