IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGIRTHA BROWN et al., §
§
Plaintiffs, §
§
v. § Civil Action No.: 07 2270 RCL
§
MERCK & CO., INC., §
§
Defendant. §

**ORDER APPROVING DEFENDANT'S UNOPPOSED MOTION FOR
STAY OF PROCEEDINGS PENDING TRANSFER TO MDL 1657**

Having considered the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 and finding that there is good cause to grant the requested relief, it is, this 14th day of January, 2008, by the United States District Court for the District Columbia ORDERED that:

the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 is GRANTED; and it is further ORDERED that

this action is hereby STAYED in its entirety pending the transfer of this action to the Eastern District of Louisiana.

_____/s/_____
Judge Royce C. Lamberth
United States District Judge